# In the United States Court of Federal Claims

No. 19-1907L

(E-Filed: July 10, 2020)

|  |  |
|---|---|
| TCHOU TCHOUMA TCHOUPITOULAS NATION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) ) |

## DISMISSAL ORDER

On March 10, 2020, the court issued a show cause order in this matter.  See ECF No. 10.  Therein, the court stated, as follows.

> To date, plaintiff has not filed a renewed motion to substitute counsel, and remains unrepresented in violation of Rule 83.1 of the Rules of the United States Court of Federal Claims (RCFC).  On or before **March 24, 2020**, plaintiff is directed to **FILE** a **response** to this show cause order indicating why this case should not be dismissed for failure to retain counsel.  If plaintiff fails to meet this deadline, this case will be dismissed for failure to prosecute under RCFC 41, with prejudice.

Id. at 1.  On March 17, 2020, by leave of the court plaintiff filed a motion for enlargement of time until May 26, 2020, to file a response to the court's show cause order and the court granted plaintiff's motion.  ECF No. 11 (motion); ECF No. 12 (order).  To date, the court has not received plaintiff's response to the court's show cause order.

The court's March 10, 2020 and March 17, 2020 orders warned plaintiff that noncompliance of this court's orders would result in dismissal of plaintiff's complaint for failure to prosecute, pursuant to Rule 41 of the Rules of the United States Court of Federal Claims (RCFC).  See ECF No. 10 at 1; ECF No. 12 at 2.  Dismissal under this rule "operates as an adjudication on the merits."  RCFC 41(b).

Accordingly, the clerk's office is directed to **DISMISS** this suit for failure to prosecute, pursuant to RCFC 41(b), **with prejudice**. In the event that plaintiff is able to obtain counsel in this matter, the court may entertain a motion for reconsideration of this dismissal.

IT IS SO ORDERED.

s/*Patricia E. Campbell-Smith*
PATRICIA E. CAMPBELL-SMITH
Judge
